```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/26/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x------------------------------------------------------------------------x

HAMILTON UPTOWN LIMITED LIABILITY COMPANY : 16 CIV 7834 (PGG)
and CREATIVE GOODS MERCHANDISE LLC, :

                                  Plaintiffs, : **STIPULATION**
                                                    **OF DISMISSAL**

against :

SUNFROG, LLC, JOSH KENT, GEARLAUNCH INC., :
MICHAEL SCHELL, THATCHER CLAFLIN SPRING, :
DOE #1 (d/b/a TopUSAShirts.com), DOE #2 (d/b/a :
TeeUpdate.com), DOE #3 (d/b/a tees4urteam.com), :
DOE#4 (d/b/a sonmazing.com), DOE#5 (d/b/a teenava.com) :
and DOES 6-10, :

                                  Defendants. :

x------------------------------------------------------------------------x

Plaintiffs HAMILTON UPTOWN LIMITED LIABILITY COMPANY ("HamiltonCo") and CREATIVE GOODS MERCHANDISE LLC ("CGM"), by their undersigned attorneys, having previously dismissed this action against the defendants Sunfrog, LLC, Josh Kent, GearLaunch Inc., Michael Schell, and Thatcher Claflin Spring, now dismiss the action against the remaining defendants, and each of them, without prejudice.

Dated: May 24, 2017

/s/ MARK J. LAWLESS
Attorney for Plaintiffs
733 Third Avenue, #1540
New York, NY 10017
(212)754-0665; (917)886-8488
Mark.Lawless70@gmail.com

So Ordered: /Paul G. Gardephe/
May 26, 2017